458 A.2d 260

Commonwealth v. Mitchell, Appellant.

Submitted May 12, 1981.  Douglas M. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.